No. 94–846. PETERSON ET AL. *v.* FISHER ET AL. C. A. 8th Cir. Certiorari denied. 

No. 94–848. SHOWBOAT OPERATING CO., DBA SHOWBOAT HOTEL & CASINO *v.* STEINER, ADMINISTRATOR OF THE ESTATE OF STEINER, DECEASED. C. A. 9th Cir. Certiorari denied. 

No. 94–850. BROWN *v.* FLORIDA UNEMPLOYMENT APPEALS COMMISSION ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied. 

No. 94–853. CAPUTO *v.* COMPUCHEM LABORATORIES, INC. C. A. 3d Cir. Certiorari denied. 

No. 94–854. YODER ET AL. *v.* ELKHART COUNTY AUDITOR ET AL. Ct. App. Ind. Certiorari denied. 

No. 94–856. GUZMAN *v.* DEPARTMENT OF JUSTICE. C. A. Fed. Cir. Certiorari denied.

No. 94–857. WINTHER *v.* CITY OF PORTLAND. C. A. 9th Cir. Certiorari denied. 

No. 94–860. L. E. S. PROPERTIES, HOTEL VENTURE *v.* WESTIN HOTEL CO. C. A. 9th Cir. Certiorari denied. 

No. 94–861. DOW CORNING CORP. *v.* HOPKINS. C. A. 9th Cir. Certiorari denied. 

No. 94–862. BRUMLEY *v.* DEPARTMENT OF LABOR. C. A. 8th Cir. Certiorari denied. 

No. 94–866. MURRAY *v.* NATIONAL BROADCASTING CO., INC., ET AL. C. A. 2d Cir. Certiorari denied. 

No. 94–869. PERSINGER *v.* CARMAZZI ET AL. C. A. 4th Cir. Certiorari denied. 

No. 94–871. MEREDITH *v.* SCARBOROUGH ET AL. Sup. Ct. Ala. Certiorari denied. 

No. 94–872. BONGIOVANNI ET AL. *v.* SAN FILIPPO. C. A. 3d Cir. Certiorari denied.